VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301
Telephone (415) 421-4347

Attorney for Defendant Adrian Angel Lopez

FILED

MAY 17 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN ANGEL LOPEZ,<br><br>Defendant. | No. CR 10-00236 JW (HRL)<br><br>STIPULATION TO EXTEND TIME FOR FILING DEED OF TRUST FOR BOND; [PROPOSED] ORDER |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Allison Danner and defendant Adrian Angel Lopez, through his attorney Vicki H. Young, that the time for filing the $50,000 deed of trust to secure Mr. Lopez' bond, which is currently due on May 11, 2011, be continued to May 25, 2011.

This continuance is necessary because defense counsel had been discussing with government counsel the possibility of using a lot book report instead of a preliminary title report in support of the bond. Government counsel needed to consult with her office before she could agree to this. Government counsel advised Vicki H. Young on May 11, 2011, that the U.S. Attorneys Office would be willing to accept a lot book report in support of this bond. It will take some time to obtain the lot book report, and defense counsel will be out of state attending a meeting next week.

Defense counsel called Pretrial Services today to speak with them regarding this request. Both Pretrial Services Officer Jaime Carranza and Anthony Granados were not in the office. Anthony Granados had previously advised that Pretrial Services has no objection to the earlier request.

1     It is so stipulated.

2 Dated: May 11, 2011                           Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for ADRIAN ANGEL LOPEZ

6 Dated: May 11, 2011                           MELINDA HAAG
UNITED STATES ATTORNEY

/s/   Allison Marston Danner
ALLISON MARSTON DANNER
Assistant United States Attorney

**PROPOSED ORDER**

GOOD CAUSE BEING SHOWN, the time for filing the $50,000 property bond to secure the defendant's bond is extended from May 11, 2011, to May 25, 2011.

IT IS SO ORDERED.

DATED: 5/17/11

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER                                   Page 2