VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301
Telephone (415) 421-4347

Attorney for Defendant Adrian Angel Lopez

**FILED**

JUN 1 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADRIAN ANGEL LOPEZ,<br><br>    Defendant. | No. CR 10-00236 JW (HRL)<br><br>STIPULATION TO EXTEND TIME FOR FILING DEED OF TRUST FOR BOND; [~~PROPOSED~~] ORDER |

    It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Allison Danner and defendant Adrian Angel Lopez, through his attorney Vicki H. Young, that the time for filing the $50,000 deed of trust to secure Mr. Lopez' bond be extended to June 15, 2011.

    This continuance is necessary because defense counsel has just submitted the completed property bond package to the U.S. Attorneys Office for review, and additional time is required to review and approve the package before lodging it with the clerk's office.

    The lot book report shows that there are no encumbrances against the property, and the $50,000 deed of trust has been recorded.

    It is so stipulated.

Dated: June 9, 2011                                       Respectfully submitted,

                                                          /s/ Vicki H. Young
                                                          VICKI H. YOUNG, ESQ.
                                                          Attorney for ADRIAN ANGEL LOPEZ

| | |
|---|---|
| Dated: June 9, 2011 | MELINDA HAAG<br>UNITED STATES ATTORNEY |
| | /s/   Allison Marston Danner<br>ALLISON MARSTON DANNER<br>Assistant United States Attorney |

**PROPOSED ORDER**

GOOD CAUSE BEING SHOWN, the time for filing the $50,000 property bond to secure the defendant's bond is extended to June 15, 2011.

IT IS SO ORDERED.

DATED: 6/13/11

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER