VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone    (415) 421-4347
Fax          (650) 289-0636

Counsel for Adrian Angel Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00236 EJD |
| Plaintiff, ) | STIPULATION RE CONTINUANCE OF STATUS DATE; [PROPOSED] ORDER |
| v. ) | |
| ADRIAN ANGEL LOPEZ, ) | |
| Defendant. ) | |

It is hereby stipulated between the defendant Adrian Angel Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Allison Danner, that the status date of August 22, 2011, at 1:30 p.m. be continued to September 12, 2011, at 1:30 p.m. The reason for this continuance is that defense counsel has recently provided the government with Monterey County Superior Court documents which show that Adrian Angel Lopez has already been convicted of the same conduct charged in the instant indictment.  Additional time is needed for the U.S. Attorneys Office to investigate this new evidence and to decide how to proceed.

Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys for the government and the defense the reasonable time necessary for effective preparation taking into the account the exercise of due diligence.  Since the U.S. Attorneys Office needs an opportunity

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER
- 1 -

to review the new materials before deciding how to proceed, the time period from August 22, 2011, through September 12, 2011, should be excluded.

It is so stipulated.

Dated:        August 16, 2011            Respectfully submitted,


                                          /s/ Vicki H. Young
                                         VICKI H. YOUNG, ESQ.
                                         Attorney for Adrian Angel Lopez


Dated:        August 16, 2011            MELINDA HAAG
                                         UNITED STATES ATTORNEY


                                          /s/ Allison Danner
                                         ALLISON DANNER
                                         Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

- 2 -

# ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for August 22, 2011, is continued to September 12, 2011. This Court finds that the period from August 22, 2011, through and including September 12, 2011, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h).  The basis for such exclusion is that defense counsel recently provided new evidence to the U.S. Attorneys Office which need to be investigated and evaluated.   Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

DATED: August 17, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE