VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Adrian Angel Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0236 EJD |
| Plaintiff, | STIPULATION TO VACATE CURRENT SETTLEMENT CONFERENCE DATE AND EXTEND TIME FOR SETTLEMENT CONFERENCE; [PROPOSED] ORDER |
| vs. | |
| ADRIAN ANGEL LOPEZ, | |
| Defendant. | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Timothy Lucey and defendant Adrian Angel Lopez through his counsel Vicki H. Young, that the current settlement conference date of March 8, 2013, be vacated and the deadline for the settlement conference which was referred to Magistrate Judge Laurel Beeler be extended to May 1, 2013.

This Court referred the matter to Magistrate Judge Beeler for settlement conference on January 28, 2013.  The next date before this court is March 25, 2013.  Since the last court appearance, discovery issues have arisen which may greatly impact the parties' positions regarding settlement.  The parties are still attempting to resolve the discovery issues, and believe that a continuance of the present March 8, 2013, settlement date would be appropriate to allow sufficient time to resolve the discovery dispute.

Therefore, it is stipulated that the settlement conference date of March 8, 2013, be vacated.

It is further stipulated that the deadline for the settlement conference be extended to May 1, 2013.

It is so stipulated.

Dated: March 1, 2013           Respectfully submitted,


                               /s/
                               VICKI H. YOUNG, ESQ.
                               Counsel for Adrian Angel Lopez

Dated: March 1, 2013           MELINDA S. HAAG
                               United States Attorney


                               /s/
                               TIMOTHY LUCEY
                               Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE BEING SHOWN, the settlement conference date of March 8, 2013, before Magistrate Judge Laurel Beeler is vacated.

The deadline for the settlement conference before Magistrate Judge Beeler is extended to May 1, 2013.

IT IS SO ORDERED.

DATED:  3/4/2013

_____
EDWARD J. DAVILA
U.S. District Judge

.