IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>          Plaintiff,  <br>     v.  <br>ADRIAN ANGEL LOPEZ,  <br>          Defendant. | No. CR 10 - 0236 EJD  <br>STIPULATION RE CONTINUANCE OF STATUS DATE; [PROPOSED] ORDER |

    It is hereby stipulated between the defendant Adrian Angel Lopez, by and through his attorney of record Vicki H. Young, and the government, through Assistant United States Attorney Timothy J. Lucey that the status date of May 6, 2013, at 9:00 a.m. be continued to June 3, 2013, at 1:30 p.m.

    The reasons for this continuance is that discovery issues have arisen that need to be resolved before the settlement conference, previously ordered by the Court, can feasibly occur. Specifically, defense counsel has submitted additional discovery requests to the government. The Government is in the process of evaluating these requests, which include consulting with counsel for investigative agencies, in order to determine whether any further production is warranted and the timing of any such production to the defense.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1     Under Title 18 U.S. C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys
2 for the government and the defense the reasonable time necessary for effective preparation taking
3 into the account the exercise of due diligence.

4     In addition, the time for this status conference was advanced on May 6, 2013, from 1:30 p.m.
5 to 9:00 a.m., such that the attendance of counsel for the United States is uncertain and may require
6 another attorney for the Government to appear in his stead.

7     Accordingly, given the time needed by counsel to work through these discovery issues, and
8 thereafter prepare and participate in the contemplated settlement conference, and the need for
9 continuity of counsel, a reasonable continuance is necessary from May 6, 2013, until June 3, 2013, is
10 necessary and appropriate, and time should therefore be excluded from May 6, 2013, up and
11 including June 3, 2013.

12     **IT IS SO STIPULATED.**

13 Dated:     May 2, 2013          Respectfully submitted,

16     /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Adrian Angel Lopez

19 Dated:     May 2, 2013          MELINDA HAAG
United States Attorney

22     /s/ Timothy J. Lucey
TIMOTHY J. LUCEY
Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1  **PROPOSED ORDER**

2  GOOD CAUSE BEING SHOWN, the status date appearance set for May 6, 2013, is continued

3  to June 3, 2013, at 1:30 p.m.  This Court finds that  the period from May 6, 2013, through and

4  including June 3, 2013, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7).

5  The basis for such exclusion is that additional time is needed for parties to complete certain

6  discovery issues, including for the Government to evaluate recent discovery requests made by the

7  defense as well as time for the defense to evaluate the Government's response to such requests,

8  including additional production in response to such requests, as well as the need for continuity of

9  counsel.

10  Therefore the ends of justice served by such a continuance outweigh the best interest of the

11  public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7).

12  As required by 18 U.S.C §3161 (h)(7), this Court finds that the reason that the ends of justice

13  outweigh the best interest of the public and the defendant in a speedy trial are the denial of the

14  continuance would unreasonably deny both the attorney for the government and the attorney for the

15  defendant reasonable time necessary for effective preparation, taking into account the exercise of

16  due diligence.  18 U.S.C. §3161(h)(7).

17

18  **DATED:**   5/2/2013

19  **HONORABLE EDWARD J. DAVILA**
    **UNITED STATES DISTRICT JUDGE**

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER